UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JANICE B. ADAMS | ) | |
|     Plaintiff | ) | CASE NO: 3:09-cv-00468-WCL-CAN |
| | ) | |
| vs. | ) | |
| | ) | |
| INDIANA WESLEYAN UNIVERSITY | ) | |
|     Defendant | ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Come now Phillip E. Stephenson and Kyle C. Persinger, of the Law Firm of Spitzer Herriman Stephenson Holderead Musser & Conner, LLP, and petition the court for leave to withdraw their appearance as counsel for the Defendant, Indiana Wesleyan University, in the above-entitled cause effectively immediately since Edward E. Hollis and Andrew B. Murphy have entered their appearances on behalf of Defendant, Indiana Wesleyan University.

Date:  December 16, 2009

                                                                  Respectfully submitted,

                                                                  /s/ Phillip E. Stephenson
                                                                  Phillip E. Stephenson (Attorney #466-27)
                                                                 s/ Kyle C. Persinger
                                                                Kyle C. Persinger (Attorney #21779-27)
                                                               SPITZER HERRIMAN STEPHENSON
                                                               HOLDEREAD MUSSER & CONNER, LLP
                                                               122 East Fourth Street
                                                               P.O. Box 927
                                                               Marion, Indiana 46952
                                                               Telephone:  (765) 664-7307
                                                               Facsimile:    (765) 662-0574
                                                               Email: pstephenson@shshlaw.com
                                                                               kpersinger@shshlaw.com

2

CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Kenneth T. Roberts, Adam Lenkowsky, Edward E. Hollis and Andrew B. Murphy.

                                        /s/ Kyle C. Persinger

SPITZER HERRIMAN STEPHENSON
HOLDEREAD MUSSER & CONNER, LLP
122 East Fourth Street
P.O. Box 927
Marion, Indiana 46952
Telephone:  (765) 664-7307
Facsimile:  (765) 662-0574